## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Carmon v. City of New Haven                    Docket No.: 25-2406

Lead Counsel of Record (name/firm) or Pro se Party (name): Douglas E. Lieb, Kaufman Lieb Lebowitz & Frick LLP

Appearance for (party/designation): Plaintiff-Appellee Adam Carmon

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
          Parties: _____
( ) Incorrect.   Please change the following parties' designations:
          Party                                        Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
01/25/2022 _____ OR that ( ) I applied for admission on _____ or renewal on
_____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: _Douglas E. Lieb_ _____
Type or Print Name: Douglas E. Lieb
          OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.